IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

AARON JOSEPH POWELL,

        Plaintiff,

        v.

CITY OF EUGENE, FEDERAL PAROLE
& PROBATION, UNIVERSITY OF OREGON
SAFETY POLICE, UNIVERSITY, JANGO
INTERNET MUSIC SERVICE, FEDERAL
PROBATION, US MARSHALS, CLERKS,

        Defendants.

No. 6:13-cv-1097-TC

FINDINGS & RECOMMENDATION

COFFIN, Magistrate Judge:

    On July 17, 2013, the court granted pro se plaintiff's IFP application, but dismissed the complaint for failure to comply with Fed. R. civ. P. 8. The court allowed plaintiff 30 days to file an amended complaint curing the deficiencies and warned plaintiff that a failure to do so would result in dismissal of this action. To date, plaintiff has failed to respond. Accordingly, this action

1 - FINDINGS & RECOMMENDATION

should be dismissed for failure to prosecute and failure to follow a court order.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment or appealable order. The parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the court. Thereafter, the parties shall have fourteen (14) days within which to file a response to the objections. Failure to timely file objections to any factual determination of the Magistrate Judge will be considered as a waiver of a party's right to de novo consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to this recommendation.

DATED this 5T day of September, 2013.

_____
Thomas M. Coffin
United States Magistrate Judge